```
                0IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

YOSEF AMIEL HANDY,            )
                              )
            Petitioner,       )
                              )
        v.                    )     1:16CV1399
                              )     1:05CR141-1
UNITED STATES OF AMERICA,     )
                              )
            Respondent.       )

**ORDER**

On January 3, 2017, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (Doc. 205) to the Recommendation within the time limit prescribed by Section 636.

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 203), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's Motion (Doc. 201) to vacate, set aside or correct sentence is DISMISSED without prejudice for failure to obtain authorization for a successive § 2255 application from the Court of Appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d), and this action is DISMISSED.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge

February 2, 2017